IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

---

**STATE COURT INFORMATION:**

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

   Leslie Mock v. CardWorks Servicing, LLC, and Carson Smithfield, LLC; Cause No. 12-1274; In the 274th Judicial District Court of Hays County, Texas

2. Was jury demand made in State Court?   Yes [x]   No [ ]

   If yes, by which party and on what date?

   Plaintiff Leslie Mock                                        June 29, 2012
   Party Name                                                   Date

---

**STATE COURT INFORMATION:**

1. List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   Plaintiff Leslie Mock is represented by Amy E. Clark Kleinpeter, Hill Country Consumer Law, 12731 Research Boulevard, Building A, Suite 103, Austin, Texas 78759, 512-850-5290, 626-737-6030 (Facsimile)

   Defendant CardWorks Servicing, LLC, and Carson Smithfield, LLC, are represented by Thomas G. Yoxall and Matthew H. Davis, Locke Lord LLP; 2200 Ross Ave., Suite 2200, Dallas, Texas 75201; 214-740-8000; 214-740-8800 (facsimile) and B. David L. Foster, Locke Lord LLP; 100 Congress Ave., Suite 300, Austin, Texas 78701; 512-305-4700; 512-305-4800 (facsimile)

TXWD - Supplement to JS 44 (Rev. 10/2004)

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

   N/A

3. List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

   N/A

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:**

1. List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim. For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   N/A

**VERIFICATION:**

/s/ B. David L. Foster by permission M.H.D.                8/16/2012
Attorney for Removing Party                                Date

Defendants
Party/Parties

TXWD - Supplement to JS 44 (Rev. 10/2004)