IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LESLIE MOCK, | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:12-cv-747 |
| | § | |
| CARDWORKS SERVICING, LLC AND | § | |
| CARSON SMITHFIELD, LLC, | § | |
|     *Defendants*. | § | |

## **DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendants CardWorks Servicing, LLC ("CardWorks"), and Carson Smithfield, LLC ("Carson Smithfield"), , and file this Disclosure Statement.

CardWorks states that CardWorks, Inc., owns 100% of CardWorks. CardWorks, Inc., is not a publicly traded company.

Carson Smithfield states that CardWorks, Inc., owns 100% of Carson Smithfield. CardWorks, Inc., is not a publicly traded company.

Respectfully submitted,

LOCKE LORD LLP

/s/ B. David L. Foster by permission M.H.D.
B. David L. Foster
State Bar No. 24031555
100 Congress Avenue, Suite 300
Austin, Texas 78701
512-305-4700 (Telephone)
512-305-4800 (Facsimile)

Thomas G. Yoxall
State Bar No. 00785304
Matthew H. Davis
State Bar No. 24069580
2200 Ross Avenue, Suite 2200
Dallas, TX 75201
(214) 740-8000 (Telephone)
(214) 740-8800 (Facsimile)

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on this the 16th day of August, 2012, on the following counsel of record, via certified mail, return receipt requested:

Amy E. Clark Kleinpeter
Hill Country Consumer Law
12731 Research Boulevard
Building A, Suite 103
Austin, Texas 78759
512-850-5290
626-737-6030 (Facsimile)
*Attorney for Plaintiff*

/s/ B. David L. Foster by permission M.H.D.
Counsel for Defendants