IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
AUG 24 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

LESLIE MOCK,

    Plaintiff,

-vs-

CARDWORKS SERVICING, LLC and CARSON SMITHFIELD, LLC,

    Defendants.

Case No. A-12-CA-747-SS

## ORDER

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause, and noting the defendants made an appearance in the case, the Court enters the following order:

IT IS ORDERED that the parties confer and submit a proposed scheduling order for the Court's consideration by **October 15, 2012**, pursuant to Local Rule CV-16(c). A form of scheduling order is available at www.txwd.uscourts.gov/rules/stdord/Austin/sched-ss.pdf. Failure to do so may result in the Court's entering its own scheduling order with expedited deadlines.

IT IS FURTHER ORDERED that the parties shall, as soon as practicable and in any event at least 21 days before the scheduling order is due, confer to consider the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case, to make or arrange for the disclosures required by Fed. R. Civ. P. 26 (a)(1), and to develop a proposed discovery plan. The attorneys of record and all unrepresented parties that have appeared in the case are jointly responsible for arranging the conference, for attempting in good faith to agree on the

proposed discovery plan, and for submitting to the court within 14 days after the conference a written report outlining the plan. Fed.R.Civ.P. 26(f).

SIGNED this the 24th day of August 2012.

/s/ Sam Sparks
UNITED STATES DISTRICT JUDGE