IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2013 JUL 25 AM 8:35
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____DM_____

| | | |
|---|---|---|
| LESLIE MOCK, | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 1:12-cv-747-SS |
| | § | |
| CARDWORKS SERVICING, LLC, *et al.* | § | |
|     *Defendants*. | § | |

ORDER ON STIPULATION OF DISMISSAL

After considering Stipulation of Dismissal, the Court

GRANTS the stipulation and dismisses the case with prejudice.

SIGNED on July 24, 2013.

*Sam Sparks*
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

_____
Amy E. Clark Kleinpeter

Attorney for Plaintiffs
State of Texas Bar Number: 24043761
Hill Country Consumer Law
11940 Jollyville Rd. 220-S
Austin, TX 78759
Phone: (512) 850-5290
Fax:   (626) 737-6030
amyck1@gmail.com